UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALICIA GREEN | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO.  25-10210 |

MOTION FOR APPROVAL OF MORTGAGE
LOAN MODIFICATION - PARTIAL CLAIM

Debtor, Alicia Greem, by and through their attorney, Paul H. Young, Esquire, respectfully represent the following:

1. Debtor commenced this case on January 17, 2025, by filing the above numbered Chapter 13 petition.

2. Debtor has filed a Chapter 13 Plan which did not provide for payments on mortgage arrearages; however, does include for taxes, and payment pro rata to allowable unsecured creditors who file timely proof of claims.

3. Debtors' original plan will be amended after the deadlines for the Proof of Claims have passed.

4. On or about July 1, 2025, Loan Care, LLC approved for Debtor for a Mortgage Loan Modification Agreement to Debtor, in which the arrearage in the amount of $24,000.00 is being modified as a Partial Claim Mortgage and is given to the Secretary of Housing and Urban Development.  Attached is a copy of the proposed approved Loan Modification from PennyMac Loan Services, LLC and given to the Department of Housing and Urban Development as a Partial Claim and marked as Exhibit A.

5. Loan Care, LLC has advised that they cannot proceed with the Loan Modification without approval from this Court.

      6.      The approval of the loan modification does not affect the Debtor's payments to other creditors.

      7.      Debtor suggests that there is no harm to any interested parties by granting this Motion and allowing Debtor to enter into the proposed Loan Modification agreement with Loan Care, LLC.

WHEREFORE, Debtor requests this Honorable Court for an Order for authorization to enter into the Mortgage Loan Modification agreement.

                                                Respectfully submitted,

                                                /s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com