# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: ALICIA GREEN** | : CHAPTER 13 |
| | : |
| **Debtor(s)** | : BANKRUPTCY NO. 25-10210PMM |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Approve Loan Modification filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtors' Motion is GRANTED, and that the Debtors are permitted to modify with Loan Care, LLC and provide the Department of Housing and Urban Development with a Partial Claim in the amount of $24,000.00.

_____
J.