**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>**DEONDRAE N RANKINS**<br>                **DEBTOR** | **CASE NO.  22-12782-pmm**<br>**CHAPTER 13** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                          FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:   04/29/2024

OLD NOTICE ADDRESS:            10500 Kincaid Drive, Suite 300
                                                   Fishers, IN 46037-9764

NEW NOTICE ADDRESS:            11988 Exit 5 Parkway, Building 4
                                                   Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:        10500 Kincaid Drive, Suite 300
                                                   Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:       11988 Exit 5 Parkway, Building 4
                                                   Fishers, IN 46037-9739

Dated: August 22, 2024

                                                        */s/Lorri Beltz*
                                                        Lorri Beltz, Vice President, Default
                                                        Freedom Mortgage Corporation
                                                        11988 Exit 5 Parkway, Building 4
                                                        Fishers, IN 46037-9739
                                                        Telephone: (855) 690-5900
                                                        E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** <br> **DEONDRAE N RANKINS** <br>      **DEBTOR** | **CASE NO.  22-12782-pmm** <br> **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

BRAD J. SADEK
SADEK LAW OFFICES, LLC
1500 John F Kennedy Blvd Ste 220
Philadelphia PA 19102-1754
*Counsel for Debtor*

KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia PA 19107-3704
*Chapter 13 Trustee*

DEONDRAE N RANKINS
461 Pheasant Ln
Fairless Hills PA 19030-3709
*Debtor*

This 22nd Day of August, 2024

            */s/Lorri Beltz*
            Lorri Beltz, Vice President, Default
            Freedom Mortgage Corporation
            11988 Exit 5 Parkway, Building 4
            Fishers, IN 46037-9739
            Telephone: (855) 690-5900
            E-Mail: Bankruptcy@FreedomMortgage.com