### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeonDrae N. Rankins,<br><br>*Debtor*. | Case No. 22-12782-DJB<br>Chapter 13 |

## Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Notice of Motion that was filed at ECF No. 70. Thank you.

Date: October 3, 2025　　　　　　　　　SADEK LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*

　　　　　　　　　　　　　　　　　　　　By: /s/ Brad J. Sadek, Esq.
　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esq.
　　　　　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　　　　　brad@sadeklaw.com