# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    DeonDrae N. Rankins | : | Chapter 13 |
| | : | Case No.: 22-12782-DJB |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: October 27, 2025            /s/ Brad J. Sadek, Esquire
                                                                   Brad J. Sadek, Esquire
                                                                    Sadek Law Offices, LLC
                                                                     1500 JFK Boulevard, Suite #220
                                                                     Philadelphia, PA 19102
                                                                     brad@sadeklaw.com
                                                                     215-545-0008