**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
|    DeonDrae N. Rankins | :    Chapter 13 |
| | :    Case No.: 22-12782-DJB |
|    Debtor | : |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __69__, the "Motion");

It is hereby ordered that

1)   The Motion is granted; and

2)   The Modified Plan (doc. # __73__) is approved.

DATE: _____

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE