IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| DeonDrae N. Rankins | : | Chapter 13 |
| | : | Case No.: 22-12782-DJB |
| Debtor | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __69__, the "Motion");

It is hereby ordered that

1)   The Motion is granted; and

2)   The Modified Plan (doc. # __73__) is approved.

DATE: **January 9, 2026**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE