United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Case No. 22-12782-djb

DeonDrae N. Rankins
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 07, 2026 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DeonDrae N. Rankins, 461 Pheasant Lane, Fairless Hills, PA 19030-3709 |
| cr | + | Equity Prime Mortgage LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14762219 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq, 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14733862 | + | Exeter Finance LLC, Morton & Craig, 110 Marter Ave, Suite 301, Moorestown NJ 08057-3125 |
| 14761827 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Esq, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14754315 | + | Santander Consumer USA Inc., c/o William E. Craig, Esq, 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 08 2026 01:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2026 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 01:33:29 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 01:33:29 | Exeter Finance, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 08 2026 01:28:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14743056 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 01:33:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14729317 | | Email/Text: cfcbackoffice@contfinco.com | May 08 2026 01:28:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14761859 | | Email/Text: ebnnotifications@creditacceptance.com | May 08 2026 01:27:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14729316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 01:33:41 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14729318 | + | Email/Text: ebnnotifications@creditacceptance.com | May 08 2026 01:27:00 | Credit Acceptance Corporation, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14737137 | + | Email/Text: bankruptcy_department@clacorp.com | May 08 2026 01:28:00 | Delaware Title Loans, Inc., Bankruptcy Legal Department, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350-2550 |
| 14729327 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 08 2026 01:28:00 | Dept of Ed/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

District/off: 0313-2                  User: admin                                    Page 2 of 4

Date Rcvd: May 07, 2026              Form ID: pdf900                          Total Noticed: 40

| ID | | Email | Date/Time | Address |
|---|---|---|---|---|
| 14729319 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 08 2026 01:28:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729337 | | Email/Text: exeter@ebn.phinsolutions.com | May 08 2026 01:28:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 14729336 | + | Email/Text: BK@servicingdivision.com | May 08 2026 01:28:00 | Equity Prime Mortgag/t, 500 South Broad Street, Meriden, CT 06450-6643 |
| 14742636 | + | Email/Text: BK@servicingdivision.com | May 08 2026 01:28:00 | Equity Prime Mortgage LLC, 500 S Broad St. Suite 100A, Meriden, Connecticut 06450-6755 |
| 14730189 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 01:33:29 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14739923 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 01:33:52 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14729338 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 08 2026 01:33:30 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14769331 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 08 2026 01:28:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 14765586 | + | Email/Text: EBN@brockandscott.com | May 08 2026 01:28:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14761828 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 08 2026 01:28:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14744880 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14735619 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 08 2026 01:33:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14729340 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 08 2026 01:33:42 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14729341 | + | Email/PDF: cbp@omf.com | May 08 2026 01:33:29 | OneMain Financial Group, LLC, OneMain, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14735118 | | Email/Text: bnc-quantum@quantum3group.com | May 08 2026 01:28:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14734270 | + | Email/Text: enotifications@santanderconsumerusa.com | May 08 2026 01:28:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14729339 | | Email/Text: bankruptcy@sequium.com | May 08 2026 01:28:00 | Focus Receivables Management, LLC, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 14744337 | | Email/Text: bankruptcy@springoakscapital.com | May 08 2026 01:27:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14729342 | + | Email/Text: enotifications@santanderconsumerusa.com | May 08 2026 01:28:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14729343 | + | Email/Text: clientservices@sourcerm.com | May 08 2026 01:28:00 | Source Receivables Mgmt, Llc, Po Box 4068, Greensboro, NC 27404-4068 |
| 14739639 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 08 2026 01:28:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 14743059 | + | Email/PDF: ebn_ais@aisinfo.com | May 08 2026 01:33:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

District/off: 0313-2                              User: admin                              Page 3 of 4
Date Rcvd: May 07, 2026                          Form ID: pdf900                          Total Noticed: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14729320 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729321 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729322 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729323 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729324 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729325 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729326 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729328 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729329 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729330 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729331 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729332 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729333 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729334 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14729335 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14753761 | *+ | Equity Prime Mortgage, 500 S Broad St. Suite 100A, Meriden, Connecticut 06450-6755 |
| 14765587 | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14754148 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Equity Prime Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor DeonDrae N. Rankins brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2                          User: admin                                    Page 4 of 4

Date Rcvd: May 07, 2026                      Form ID: pdf900                               Total Noticed: 40

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Exeter Finance  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          |   Chapter 13
    DEONDRAE N. RANKINS            |
                                           |   Bankruptcy No. 22-12782-DJB
                                           |
       Debtor               |

## ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 7, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge